**Order entered February 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00626-CR

### CURTIS TYRONE BULLOCK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-14101-R**

## ORDER

Before the Court is appellant's February 11, 2022 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by March 14, 2022.

/s/    LANA MYERS
       JUSTICE